UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| SARAH J. STUVE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>                    Defendant. | C06-1431 JPD<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable Robert S. Lasnik, Chief United States District Judge:

It is hereby ORDERED, pursuant to the consent of all parties (see attached), this case will remain assigned to the Honorable James P. Donohue, United States Magistrate Judge, for the conduct of all further proceedings and for the entry of judgment in accordance with 28 U.S.C. §636(c), F.R.C.P. 73, and Local Rule MJR13.

Dated this 20th day of December, 2006

Bruce Rifkin
Clerk of Court

by: /s/ PETER H. VOELKER
          Peter H. Voelker, Deputy Clerk