UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH J. STUVE, | ) |
|     Plaintiff, | ) Case No. C06-1431-JPD |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner Social Security Administration,[1] | ) ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF TIME |
|     Defendant. | ) |

This matter comes before the Court upon the parties' stipulated motion for an extension of time. Dkt. No. 16. Having carefully considered the parties' motion and the balance of the record, the Court ORDERS as follows:

(1) The parties' stipulated motion for extension of time (Dkt. No. 16) is GRANTED. The briefing schedule for this case is amended. Because plaintiff has already filed her opening brief (Dkt. No. 13), the Court permits defendant to file his responsive brief no later than **March 16, 2007**. Plaintiff shall file her optional reply brief no later than **March 30, 2007**.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as the defendant in this suit.

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE - 1

01   (2)   No further extensions will be granted absent a showing of good cause.

02

03   DATED this 16th day of February, 2007.

04

05   *James P. Donohue*
     _____
     JAMES P. DONOHUE
06   United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE - 2